ABRAHAM W. BURACK et al., Appellants, *v.* CITY OF MOUNT VERNON, Respondent.

Argued April 16, 1952; decided April 23, 1952.

*J. Henry Esser* for appellants.

*Harry Zimmerman, Corporation Counsel* (*William Macy* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.